IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-00794-WYD-CBS

LEAH TURNER, individually and on behalf of others similarly situated,

   Plaintiff,

v.

CHIPOLTE MEXICAN GRILL OF COLORADO, INC.,

   Defendant.

## ORDER DISMISSING CASE WITHOUT PREJUDICE

THIS MATTER is before the Court on the parties' Stipulation Of Dismissal [ECF No. 26], filed on December 20, 2013.  After carefully reviewing the above-captioned case, I find that the stipulation should be approved and this case should be dismissed without prejudice pursuant to Rule 41(a)(1)(A)(ii) of the FEDERAL RULES of CIVIL PROCEDURE.  Accordingly, it is

ORDERED that the parties' Stipulation Of Dismissal [ECF No. 26], filed on December 20, 2013, is **APPROVED**.  In accordance therewith, this matter is **DISMISSED WITHOUT PREJUDICE**.  Each party bears its own attorney fees and costs.

   DATED:  January 6, 2014.

BY THE COURT:

/s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior U.S. District Judge